# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DEVIN MOSELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-CV-297 ACL |
| | ) |
| IAN WALLACE, et al., | ) |
| | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

On February 27, 2017, the Court ordered plaintiff to pay an initial partial filing fee of $1.00 no later than March 20, 2017. To date, the payment has not been made. As a result, plaintiff must either pay the fee within fourteen days or the Court will dismiss this action for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial partial filing fee of $1.00 no later than fourteen (14) days from the date of this Order. Failure to comply will result in the dismissal of this action.

Dated this 11th day of April, 2017.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE